DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

MAR 5'10AM10:48 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
REICHERT, DONALD D

Case No. 07-01807-PCW13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $176.48, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 7 | Bank of America<br>1628 W Five Mile Rd<br>Spokane, WA  99208 | $176.48 |

Dated: March 03, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874034      3-5-10      $176.48