DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

JUN11'10AM10:34 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
REICHERT, DONALD D

Debtor

Case No.  07-01807-PCW13

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $270.32, BEING MONIES WHICH ARE
UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---------|----------|--------|
| 7 | Bank of America<br>1628 W Five Mile Rd<br>Spokane, WA  99208 | $270.32 |

Dated: June 02, 2010

_Daniel H. Brunner_ (signature)

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4873529        6-11-10        #270.32